THE TRAVELERS INSURANCE COMPANY, Appellant, v. WILLIAM M. MOORE SONS, INC., Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

WESTERN CONCRETE PILE CORPORATION, Appellant, v. P. J. CARLIN CONSTRUCTION COMPANY, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JOSEPH J. BLUMENSTEIN, Appellant, v. MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, Respondent. (Action No. 1.) JOSEPH J. BLUMENSTEIN, Appellant, v. MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, Respondent. (Action No. 2.) JOSEPH J. BLUMENSTEIN, Appellant, v. PROVIDENT MUTUAL LIFE INSURANCE COMPANY OF PHILADELPHIA, Respondent. (Action No. 1.) JOSEPH J. BLUMENSTEIN, Appellant, v. PROVIDENT MUTUAL LIFE INSURANCE COMPANY OF PHILADELPHIA, Respondent. (Action No. 2.) — Determination affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISAAC MEYER GENDZAL, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ISIDOR EBNER, Appellant, v. DAVID ELFENBEIN, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ARTHUR FREDERICKS, as President of Sixth Pythian District Foundation, Appellant, v. THE NATIONAL CITY BANK OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ. [155 Misc. 800.]

ROCKEFELLER PURCHASING CORPORATION, Appellant, v. ROCKEFELLER CENTER, INC., Respondent.— Order affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within twenty days after service of order upon payment of said costs and the costs awarded to the defendant by the order appealed from. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THERESA BOSCIA, Appellant, v. JAMES L. DOWSEY, Respondent.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MINNA CHAIT, Respondent, v. ROMEL CONSTRUCTION CORPORATION, Appellant. Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.